78,036-01

August 31. 2015


Mr Abel Acosta
Clerk, Court of Criminal Appeals
P O Box 12308
Capitol Station
Austin, TX   78711

RE:   Writ No. WR-78,036-01
        Ex Parte Roland

Dear Mr Acosta:

On February 17, 2015, you responded to my request for a copy of the habeas corpus filed in the above. sharing with me to write the State Law Library.

Pursuant to the State Law Library's February 10, 2015 correspondence, they could not locate same.

I am in need of this writ and need assistance in locating same which I'd gladly pay for any copying of same.  Would you please be so kind, as to check your files. and confirm it was transmitted to the State Law Library and if not, could you please let me know how much it is for a copy and I will forward same immediately to you.

Thanking you, in advance, for your time & assistance.

Respectfully,

Mr David Roland
TDCJ # 1494428
Lynaugh Unit
1098 S Hwy 2037
Ft Stockton, TX 79735.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk